**RECEIVED**

JUN - 8 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVIDSON

| | |
|---|---|
| JANELLE ALEXANDER | CIVIL ACTION NO. 08-1570 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

### JUDGMENT

Considering the foregoing Ruling, the Report and Recommendation of the Magistrate Judge, and plaintiff's objections thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED, and this matter is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___8___ day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT