RECEIVED

JUN 1 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVIDSON

| | |
|---|---|
| JANELLE ALEXANDER | CIVIL ACTION NO. 08-1570 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

## **JUDGMENT**

Considering the foregoing Ruling, the Report and Recommendation of the Magistrate Judge, and plaintiff's objections thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Remand [Doc. 31] is DENIED.

IT IS FURTHER ORDERED, to the extent the Court's prior Judgment (signed June 8, 2010 and docketed June 10, 2010) [Doc. 43] dismissed this matter with prejudice, that Judgment is MODIFIED to be a dismissal without prejudice.

IT IS FURTHER ORDERED THAT as all matters have now been resolved, this matter IS HEREBY DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____10th____ day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT